# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, )<br>  )<br>    Plaintiff, )<br>  )<br>vs. )<br>  )<br>Alejandra Lopez Carmona, )<br>  )<br>    Defendant. ) | **PRETRIAL STATUS CONFERENCE**<br><br>Case No. 1:25-cr-249 |

The undersigned shall hold a pretrial status conference with counsel by telephone on December 17, 2025, at 3:00 PM to discuss, among other things, the viability of the current trial date. To participate, counsel shall call (571) 353-2301 and enter "Call ID" 292466149.  Counsel are strongly encouraged to consult with each other prior to the conference.  This will enable the conference to progress more expeditiously.

**IT IS SO ORDERED.**

Dated this 20th day of November, 2025.

/s/ *Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court